IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 AM 9:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                         NO. 05-20077-B; 05-20070-02-B

VERONDA JACKSON,

    Defendant.

---

### ORDER ON CONTINUANCE

---

Before the Court is Defendant Veronda Jackson's motion to continue the above styled case until the report date of November 28, 2005 at 9:30 a.m. to be tried on the December rotation. The Court finds that said motion is well taken and is hereby granted.

It is, THEREFORE ORDERED, ADJUDGED AND DECREED, that the above styled case be continued until the report date of November 28, 2005 at 9:30 a.m. to be tried on the December rotation. Time will be excluded under the Speedy Trial Act.

United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-3-05

(80)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:05-CR-20077 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT